**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Terrell SIMPSON, Defendant–**
**Appellant.**

**No. 15–3435.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 6, 2015.

Filed: May 17, 2016.

Laine Cardarella, Fed. Public Defender, Kansas City, MO, for appellant.

Bruce E. Clark, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before GRUENDER, ARNOLD, SHEPHERD, Circuit Judges.

PER CURIAM.

Terrell Simpson challenges the district court's [1] finding that he violated the conditions of his supervised release and argues that the district court abused its discretion in sentencing him to two years in prison. Additionally, his counsel has moved to withdraw. We conclude that the district court did not clearly err in its factual findings, or abuse its discretion in sentencing Simpson. *See United States v. Miller*, 557 F.3d 910, 914–917 (8th Cir.2009) (standards of review); *United States v. Meyer*, 483 F.3d 865, 869 (8th Cir.2007) (discussing reliability of sweat-patch results).

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.

---

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.